Raleigh MASON; Jerry Adams, Plaintiffs—Appellants,

v.

CITY OF WELLSBURG; Wayne Campbell, its Mayor, in his official capacity and individually, Defendants—Appellees.

No. 08–1749.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 26, 2009.

Decided: Jan. 27, 2010.

Paul Joseph Harris, Wheeling, West Virginia, for Appellants. Amy M. Smith, Steptoe & Johnson PLLC, Clarksburg, West Virginia; Melanie M. Norris, Steptoe & Johnson PLLC, Wheeling, West Virginia, for Appellees.

Before TRAXLER, Chief Judge, HAMILTON, Senior Circuit Judge, and MARK S. DAVIS, United States District Judge for the Eastern District of Virginia, sitting by designation.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Raleigh Mason and Jerry Adams appeal the district court's order granting summary judgment *sua sponte* to the City of Wellsburg and Mayor Wayne Campbell. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mason v. City of Wellsburg*, No. 5:07–cv–00030–FPS, 2008 WL 2340374 (N.D. W. Va. June 6, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*